IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BINH Q. TRAN                                                                                     PLAINTIFF

v.                                CIVIL NO. 05-2157

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                   DEFENDANT

## **O R D E R**

Now on the 12th day of May 2006, comes on for consideration defendant's motion to consolidate Civil No. 05-2157 with the pending administrative proceedings resulting from the remand order and judgment in Civil No. 04-2162. Civil No. 04-2162 was remanded on June 20, 2005, pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand pursuant to sentence four, this court no longer maintains jurisdiction. Accordingly, defendant's motion to consolidate is denied.

IT IS SO ORDERED.

                                                            /s/ Beverly Stites Jones
                                                            HON. BEVERLY STITES JONES
                                                            UNITED STATES MAGISTRATE JUDGE