IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BINH Q. TRAN                                                PLAINTIFF

v.                          CIVIL NO. 05-2157

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

## MEMORANDUM OPINION

Plaintiff Binh Q. Tran, brings this action pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration (Commissioner) denying his application for period of disability and disability insurance benefits (DIB) under the provisions of Title II of the Social Security Act. (Doc. # 1). The defendant filed an Answer to plaintiff's action on January 9, 2006, asserting that the findings of the Commissioner were supported by substantial evidence and were conclusive. (Doc. # 6). Plaintiff filed an appeal brief on February 7, 2006. (Doc. # 8).

On May 22, 2006, the Commissioner, having changed positions, filed a motion requesting that plaintiff's case be remanded pursuant to "sentence four" of section 405(g) in order for the Appeals Council to consolidate the issues in this case with another pending administrative hearing. (Doc. # 11).

The exclusive methods by which a district court may remand a social security case to the Commissioner are set forth in "sentence four" and "sentence six" of 42 U.S.C. § 405(g). A remand pursuant to "sentence six" is limited to two situations: where the Commissioner requests

a remand before answering the complaint, or where the court orders the Commissioner to consider new, material evidence that was for good cause not presented before the agency. The Fourth sentence of the statute provides that "[t]he court shall have power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g); *Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993).

Here, we find remand for the purpose of the Appeals Council to consolidate the issues in this case with another pending administrative hearing appropriate.

Based on the foregoing, we find remand appropriate and grant the Commissioner's motion to remand this case to the Commissioner for further administrative action pursuant to "sentence four" of section 405(g).

DATED this 30th day of May 2006.

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)